**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner
Sulkhani Gamtenadaze

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sulkhani Gamtenadaze,<br><br>Petitioner,<br><br>vs.<br><br>Warden,<br><br>Respondents. | Case No. 1-26-cv-01990-DAD-EFB(HC)<br><br>[PROPOSED] **ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL, WITHDRAWAL OF PENDING MOTION FOR TEMPORARY RESTRAINING ORDER, AND DISSOLUTION OF INTERIM NO-TRANSFER ORDER** |

Petitioner Sulkhani Gamtenadze's Motion for Voluntary Dismissal, Withdrawal of Pending Motion for Temporary Restraining Order, and Dissolution of Interim No-Transfer Order came before the Court for consideration. Good cause appearing, the Court finds that the petition is moot because Petitioner has been released from ICE custody following the government's decision not to perfect an appeal from the Immigration Judge's grant of asylum.

- 1 -

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Voluntary Dismissal is GRANTED.

2. This action is DISMISSED WITHOUT PREJUDICE as moot.

3. Petitioner's pending Motion for Temporary Restraining Order is WITHDRAWN, or alternatively DENIED AS MOOT.

4. The interim no-transfer order previously entered in this action is DISSOLVED.

5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: June 18, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 2 -